O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODRICK C. REED, | ) | Case No. CV 10-8315-SVW (OP) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND FINAL RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| TY LABBE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the Objections filed by Plaintiff, de novo.

/ / /

/ / /

/ / /

1  IT IS ORDERED that the Judgment be entered: (1) accepting this Report
2  and Recommendation; (2) dismissing the Second Amended Complaint without leave
3  to amend for failure to follow the Court's order; and (3) directing that Judgment be
4  entered dismissing this action with prejudice.

6  DATED: February 11, 2014
7  HONORABLE STEPHEN V. WILSON
   United States District Judge

10  Prepared by:

13  HONORABLE OSWALD PARADA
    United States Magistrate Judge