JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RODRICK C. REED,                    )        Case No. CV 10-8315-SVW  (OP)
                                    )
                                    )        J U D G M E N T
              Plaintiff,            )
                                    )
        vs.                         )
                                    )
TY LABBE, et al.,                   )
                                    )
              Defendants            )
_____)

        Pursuant   to   the   Order   Accepting   Findings,   Conclusions,   and
Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS ADJUDGED that the Second Amended Complaint is dismissed with

2  prejudice.

3

4

5  DATED:  February 11, 2014

   _____

   HONORABLE STEPHEN V. WILSON

6  United States District Judge

7

8  Prepared by:

9

10

11 _____

   HONORABLE OSWALD PARADA

12 United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28